UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:   GRIFFIN, CELENA R.                     Case No.  05-74010

                                                Judge Richard L. Speer

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 | $0.01 |
| Ohio Dept of Taxation Bankruptcy Div., PO Box 530, Columbus, OH 43216-0530 | $0.01 |
| University of Toledo, 2801 W Bancroft, Toledo, OH 43606-3328 | $0.29 |
| University of Toledo, 2801 W Bancroft, Toledo, OH 43606-3328 | $0.03 |
| United Collection Bureau, 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614 | $0.02 |
| United Collection Bureau, 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614 | $0.01 |
| CFS-SUNTECH SERV., P.O. Box 6004, RIDGELAND, MS 39158 | $4.92 |
| Toledo Edison, P.O. Box 3638, Akron, OH 44309 | $0.33 |
| Columbia Gas of Ohio, 200 Civic Center Dr., 11th Floor, Columbus, OH 43215 | $0.30 |

Check for $5.92 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Ericka S. Parker, Trustee_

Dated:   12/22/09
Cc:
Office of the U.S. Trustee